# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0010.  WILLIAMS v. THE STATE.**

Because petitioner's original petition for mandamus was not filed on a form promulgated by the Administrative Office of the Courts, it may not be accepted for filing. See OCGA § 9-10-14 (b) and *Gay v. Owens*, 292 Ga. 480, 481 (1) (738 SE2d 614) (2013). Accordingly, the Court hereby directs that the petition be stricken from the docket and dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/23/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*